IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAMUEL L. YOUMANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 412-002 |
| | ) |
| DISTRICT ATTORNEY | ) |
| LARRY CHISHOLM, ASST. | ) |
| DISTRICT ATTORNEY | ) |
| ELIZABETH FERNANDEZ, | ) |
| JUDGE TAMMY STOKES, and | ) |
| DETECTIVE MICHAEL | ) |
| GALLAGER, individually and in | ) |
| their official capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ____ day of March, 2012.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia