IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT C...
SAVANNAH DIV.

2012 MAR 14 PM 4: 03

CLERK_____
SO. DIST. OF GA.

SAMUEL L. YOUMANS, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO. 412-002
)
DISTRICT ATTORNEY )
LARRY CHISHOLM, ASST. )
DISTRICT ATTORNEY )
ELIZABETH FERNANDEZ, )
JUDGE TAMMY STOKES, and )
DETECTIVE MICHAEL )
GALLAGER, individually and in )
their official capacities, )
)
Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ___ day of March, 2012.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia